WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association As Legal Title Trustee For Truman 2016 SC6 Title Trust*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>STEWART INFORMATION SERVICES CORP.; STEWART TITLE GUARANTY COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01875-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO STEWART INFORMATION SERVICES CORP.'S MOTION TO DISMISS [ECF No. 4]**<br><br>[First Request] |

COMES NOW Plaintiff, U.S. Bank National Association As Legal Title Trustee For Truman 2016 SC6 Title Trust ("U.S. Bank") and Defendant Stewart Information Services Corp. ("SISC"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On September 14, 2021, U.S. Bank filed its Complaint in Eighth Judicial District Court, Case No. A-21-841029-C [ECF No. 1-1];

2. On October 11, 2021, Defendants filed a Petition for Removal to this Court [ECF No. 1];

3. On October 12, 2021, SISC filed its Motion to Dismiss for lack of personal jurisdiction [ECF No. 4];

4. U.S. Bank's deadline to respond to SISC's Motion to Dismiss is currently October 26, 2021;

5. U.S. Bank is requesting a brief extension until Wednesday, November 3, 2021, to file its response to the Motion to Dismiss;

6. This extension is requested to allow the Parties additional time to review and file a stipulation to stay litigation pending the Ninth Circuit's resolution of an appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMDWGC) (the "*Wells Fargo II* Appeal"). The Parties anticipate that the Ninth Circuit Court of Appeals' decision in the *Wells Fargo II* Appeal may touch upon issues involved in the instant litigation;

7. Counsel for SISC does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 26th day of October, 2021.<br>WRIGHT, FINLAY & ZAK, LLP | DATED this 26th day of October, 2021.<br>MAURICE WOOD |
| */s/ Lindsay D. Dragon*<br>Lindsay D. Dragon, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, U.S. Bank National Association As Legal Title Trustee For Truman 2016 SC6 Title Trust* | */s/ Brittany Wood*<br>Brittany Wood, Esq.<br>Nevada Bar No. 7562<br>8250 West Charleston Blvd., Suite 100<br>Las Vegas, Nevada 89117<br>*Attorney for Defendants Stewart Information Services Corp. and Stewart Title Guaranty Company* |

**IT IS SO ORDERED.**

DATED October 27, 2021

_____
UNITED STATES DISTRICT JUDGE