WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association As Legal Title Trustee For Truman 2016 SC6 Title Trust*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>STEWART INFORMATION SERVICES CORP.; STEWART TITLE GUARANTY COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01875-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO STEWART INFORMATION SERVICES CORP.'S MOTION TO DISMISS [ECF No. 4]**<br><br>**[Second Request]** |

COMES NOW Plaintiff, U.S. Bank National Association as Legal Title Trustee For Truman 2016 SC6 Title Trust ("U.S. Bank") and Defendant Stewart Information Services Corp. ("SISC"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On September 14, 2021, U.S. Bank filed its Complaint in Eighth Judicial District Court, Case No. A-21-841029-C [ECF No. 1-1];
2. On October 11, 2021, Defendants filed a Petition for Removal to this Court [ECF No. 1];
3. On October 12, 2021, SISC filed its Motion to Dismiss for lack of personal jurisdiction [ECF No. 4];
4. U.S. Bank's deadline to respond to SISC's Motion to Dismiss is currently November 3, 2021 [ECF No. 8];

5. U.S. Bank is requesting a brief extension until Wednesday, November 10, 2021, to file its response to the Motion to Dismiss;

6. The Parties previously discussed a stipulation to stay this case in its entirety, but on November 1, 2021, the Parties agreed to a partial stay pending SISC's Motion to Dismiss and U.S. Bank's Motion for Remand. [ECF No. 10]. Because briefing on SISC's Motion to Dismiss will proceed, U.S. Bank is requesting additional time to respond to the points and authorities in SISC's Motion;

7. Counsel for SISC does not oppose the requested extension;

8. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 3rd day of November, 2021.<br>WRIGHT, FINLAY & ZAK, LLP | DATED this 3rd day of November, 2021.<br>MAURICE WOOD |
| */s/ Lindsay D. Dragon*<br>Lindsay D. Dragon, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, U.S. Bank National Association As Legal Title Trustee For Truman 2016 SC6 Title Trust* | */s/ Brittany Wood*<br>Brittany Wood, Esq.<br>Nevada Bar No. 7562<br>8250 West Charleston Blvd., Suite 100<br>Las Vegas, Nevada 89117<br>*Attorney for Defendants Stewart Information Services Corp. and Stewart Title Guaranty Company* |

**IT IS SO ORDERED.**

DATED November 3, 2021.

_____
UNITED STATES DISTRICT JUDGE