1  AARON R. MAURICE, ESQ.
   Nevada Bar No. 6412
2  BRITTANY WOOD, ESQ.
   Nevada Bar No. 7562
3  ELIZABETH E. ARONSON, ESQ.
   Nevada Bar No. 14472
4  **MAURICE WOOD**
   8250 West Charleston Blvd., Suite 100
5  Las Vegas, Nevada 89117
   Telephone:  (702) 463-7616
6  Facsimile:  (702) 463-6224
   E-Mail:    amaurice@mauricewood.com
7             bwood@mauricewood.com
              earonson@mauricewood.com
8
   Attorneys for Defendants,
9  STEWART    INFORMATION    SERVICES
   CORPORATION    and    STEWART    TITLE
10 GUARANTY COMPANY

11              **UNITED STATES DISTRICT COURT**

12                **DISTRICT OF NEVADA**

13                        * * *

14 U.S. BANK NATIONAL ASSOCIATION AS        CASE NO. 2:21-cv-01875-JCM-BNW
   LEGAL  TITLE  TRUSTEE  FOR  TRUMAN
   2016 SC6 TITLE TRUST,
15                    Plaintiff,            **STIPULATION AND ORDER TO**
                                            **EXTEND TIME PERIOD TO FILE**
16      vs.                                 **RESPONSE TO MOTION TO**
                                            **REMAND [ECF No. 9]**
17 STEWART    INFORMATION    SERVICES,
   CORP.;  STEWART  TITLE  GUARANTY         **[First Request]**
18 COMPANY; DOE INDIVIDUALS I through X;
   and  ROE  CORPORATIONS  XI through  XX,
19 inclusive,

20                    Defendants.

21      Defendants Stewart Title Guaranty Company ("STGC") and Stewart Information Services

22 Corporation ("SISC") (collectively, "Defendants"), by and through their attorneys of record, the

23 law firm of MAURICE WOOD, and Plaintiff U.S. Bank National Association as Legal Title Trustee

24 for Truman 2016 SC6 Title Trust ("Plaintiff"), by and through its counsel of record, WRIGHT

25 FINLAY & ZAK, hereby stipulate and agree as follows:

26      1.      On September 14, 2021, Plaintiff filed its Complaint in the Eighth Judicial District

27 Court, Case No. A-21-841029-C.  See ECF No. 1-1.

28

MAURICE WOOD
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Tel: (702) 463-7616  Fax: (702) 463-6224

(8760-24)                    Page 1 of 3

2.     On October 11, 2021, Defendants filed a Petition for Removal with this Court, based upon diversity jurisdiction.  See ECF No. 1.

3.     On October 12, 2021, SISC filed a Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).  See ECF No. 4.

4.     The Parties previously discussed a stipulation to stay this case in its entirety, but on November 1, 2021, the Parties agreed to a partial stay pending SISC's Motion to Dismiss and Plaintiff's forthcoming Motion for Remand. Because briefing on Plaintiff's Motion to Remand will proceed, Defendants are requesting additional time to file their response to Plaintiff's Motion.

5.     On November 1, 2021, Plaintiff filed its Motion to Remand.  See ECF No. 9.

6.     On November 3, 2021, Plaintiff filed a Stipulation and Order, requesting that Plaintiff's deadline to respond to SISC's Motion to Dismiss be extended to November 10, 2021, which SISC did not oppose.  See ECF No. 11.

7.     Defendants' deadline to respond to Plaintiff's Motion to Remand is currently November 15, 2021.  See ECF No. 9.

8.     Because SISC's Motion to Dismiss was filed first, SISC believes that SISC's Motion should be fully briefed prior to Plaintiff's Motion to Remand.

9.     Accordingly, Defendants request a brief extension of two weeks from the current deadline, until November 29, 2021, to file its Response to Plaintiff's Motion to Remand.

10.    Counsel for Plaintiff does not oppose the requested extension.

///

///

///

///

///

///

///

///

///

MAURICE WOOD
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Tel: (702) 463-7616  Fax: (702) 463-6224

11.     This is the first request for an extension which is brought in good faith and not for purposes of delay.

DATED this 8th day of November, 2021.          DATED this 8th day of November, 2021.

**MAURICE WOOD**                                **WRIGHT FINLAY & ZAK, LLP**

By: /s/ Elizabeth E. Aronson                    By:/s/ Lindsay D. Dragon
   AARON R. MAURICE, ESQ.             DARREN T. BRENNER, ESQ.
   Nevada Bar No. 006412               Nevada Bar No. 8386
   BRITTANY WOOD, ESQ.                 LINDSAY D. DRAGON, ESQ.
   Nevada Bar No. 007562               Nevada Bar No. 13474
   ELIZABETH E. ARONSON, ESQ.          CHRISTINA V. MILLER, ESQ.
   Nevada Bar No. 014472               Nevada Bar No. 12448
   8250 West Charleston Blvd., Suite 100       7785 W. Sahara Ave., Suite 200
   Las Vegas, Nevada 89117             LAS VEGAS, NV 89117
   *Attorneys for Defendants*          *Attorneys for Plaintiff*

IT IS SO ORDERED November 10, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

MAURICE WOOD
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Tel: (702) 463-7616  Fax: (702) 463-6224