WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association as Legal Title Trustee For Truman 2016 SC6 Title Trust*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,<br><br>Plaintiff,<br>vs.<br><br>STEWART INFORMATION SERVICES, CORP.; STEWART TITLE GUARANTY COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01875-JCM-BNW<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1-1(b) of the U.S. District Court Rules, the undersigned, Lindsay D. Dragon, Esq., of the law firm of WRIGHT FINLAY & ZAK, LLP, as counsel of record for Plaintiff, U.S. Bank National Association as Legal Title Trustee For Truman 2016 SC6 Title Trust (hereinafter "U.S. Bank"), hereby certifies that there are no other known interested parties other than those disclosed in this Certificate.

U.S. Bank is a wholly-owned subsidiary of U.S. Bancorp and there are currently no owners holding in excess of 10% of the outstanding stock.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this 18th day of January 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank National Association as Legal Title Trustee For Truman 2016 SC6 Title Trust*

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 18th day of January, 2022, a true and correct copy of this **CERTIFICATE OF INTERESTED PARTIES** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

*/s/ Faith Harris*
An Employee of WRIGHT, FINLAY & ZAK, LLP