WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association As Legal Title Trustee For Truman 2016 SC6 Title Trust*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,<br><br>Plaintiff,<br>vs.<br><br>STEWART INFORMATION SERVICES CORP.; STEWART TITLE GUARANTY COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01875-JCM-BNW<br><br>**STIPULATION AND ORDER TO RESET BRIEFING ON STEWART TITLE GUARANTY COMPANY'S MOTION TO DISMISS [ECF No. 5]**<br><br>**[First Request]** |

Plaintiff, U.S. Bank National Association as Legal Title Trustee For Truman 2016 SC6 Title Trust (**U.S. Bank**) and Defendant Stewart Title Guaranty Company (**STGC**), by and through their counsel of record, hereby stipulate and agree as follows:

1. On September 14, 2021, U.S. Bank filed its Complaint in Eighth Judicial District Court, Case No. A-21-841029-C [ECF No. 1-1];
2. On October 11, 2021, Defendants filed a Petition for Removal to this Court [ECF No. 1];
3. On October 18, 2021, STGC filed its Motion to Dismiss [ECF No. 5];
4. On November 1, 2021, U.S. Bank filed its Motion for Remand [ECF No. 9];

5. On November 1, 2021, U.S. Bank and STGC entered into a Stipulation to stay briefing on STGC's Motion to dismiss pending the Motion for Remand [ECF No. 10];

6. On February 4, 2022, the Court entered an Order denying U.S. Bank's Motion for Remand [ECF No. 23];

7. The Parties stipulate and agree that U.S. Bank shall have until June 30, 2022, to file its response to STGC's Motion to Dismiss;

8. The Parties further stipulate and agree that STGC shall have 30 days from the filing of U.S. Bank's Response to file its Reply.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 31st day of May, 2022. | DATED this 31st day of May, 2022. |
| WRIGHT, FINLAY & ZAK, LLP | MAURICE WOOD |
| */s/ Lindsay D. Dragon* | */s/ Brittany Wood* |
| Lindsay D. Dragon, Esq. | Brittany Wood, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 7562 |
| 7785 W. Sahara Ave., Suite 200 | 8250 West Charleston Blvd., Suite 100 |
| Las Vegas, NV 89117 | Las Vegas, Nevada 89117 |
| *Attorneys for Plaintiff, U.S. Bank National Association As Legal Title Trustee For Truman 2016 SC6 Title Trust* | *Attorney for Defendants Stewart Information Services Corp. and Stewart Title Guaranty Company* |

**IT IS SO ORDERED.**

DATED this __1st__ day of June, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE