WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,<br><br>Plaintiff,<br>vs.<br><br>STEWART INFORMATION SERVICES CORP.; STEWART TITLE GUARANTY COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01875-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY [ECF No. 40]**<br><br>**[First Request]** |

Pending before the Court is Plaintiff, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust's ("U.S. Bank") Motion for Leave to File Supplemental Authority filed on September 27, 2022 [ECF No. 40]. Defendant, Stewart Title Guaranty Company ("Stewart") filed its Opposition on October 11, 2022 [ECF No. 41]. U.S. Bank's reply is currently due on October 18, 2022.  U.S. Bank requests a brief, three (3) day extension until Friday, October 21, 2022 in order to review and respond to the points and authorities cited to in Stewart's Opposition. Stewart does not oppose the request for an extension.

/ / /

/ / /

1  Accordingly, the Parties stipulate and agree to a three (3) day extension of time for U.S. Bank's
2  Reply through and including October 21, 2022.

3  **IT IS SO STIPULATED.**

| DATED this 18th day of October, 2022. | DATED this 18th day of October, 2022. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | MAURICE WOOD |
| */s/ Lindsay D. Dragon, Esq.* | */s/ Brittany Wood, Esq.* |
| Lindsay D. Dragon, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, U.S. Bank National Association As Legal Title Trustee For Truman 2016 SC6 Title Trust* | Brittany Wood, Esq.<br>Nevada Bar No. 7562<br>8250 West Charleston Blvd., Suite 100<br>Las Vegas, Nevada 89117<br>*Attorney for Defendants Stewart Information Services Corp. and Stewart Title Guaranty Company* |

**IT IS SO ORDERED.**

Dated November 7, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE